A former appeal is reported in 36 S.W.(2d) at page 751.

The special venire from which the jury was selected was drawn from jurors selected under the provisions of chapter 151, Special Laws of the Forty-Second Legislature (1931) at its Regular Session (Vernon's Ann. Civ. St. art. 2116a, §§ 1–5). Appellant made a motion to quash the venire on the ground that the act in question was a local law in violation of the provisions of article 3, section 56, of the Constitution of Texas. In the case of Cecil Smith v. State of Texas (Tex. Cr. App.) 49 S.W.(2d) 739. delivered April 20, 1932, it was held that the act was invalid, in that it was a local law in violation of the provisions of article 3, section 56, of the Constitution.

The judgment is reversed, and the cause remanded.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Calvin WHITE v. STATE.
### No. 15452.

Court of Criminal Appeals of Texas.
June 15, 1932.

Shelton & Shelton, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, robbery; the punishment, confinement in the penitentiary for 7 years.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Gola WHITE v. STATE.
### No. 15478.

Court of Criminal Appeals of Texas.
June 22, 1932.

L. M. Cox, of Huntsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense, manufacturing intoxicating liquor; the punishment, one year in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.